UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL MONTOYA CHAVARRIA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden of the California City Correctional Facility, et al.,<br><br>Respondents. | No. 1:26-cv-01258-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 12 |

Petitioner Axel Montoya Chavarria is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition. Doc. 12. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.

1

On March 25, 2025, respondents filed brief objections on three grounds. *See* Doc. 13. Each of those objections restates respondents' general position without specifically addressing the findings and recommendations' analysis.[1] *See id.*

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on March 12, 2026, Doc. 12, are ADOPTED IN FULL.

2.    The petition for writ of habeas corpus is GRANTED.

3.    Respondents are ORDERED to provide petitioner Axel Montoya Chavarria with a bond hearing pursuant to 8 U.S.C. § 1226(a) before a neutral decisionmaker within seven (7) days of the date of this Order. Respondents shall provide petitioner with 48 hours' written notice before the bond hearing. If respondents do not provide petitioner with a bond hearing within seven days, then respondents must release petitioner.

4.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    April 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] In their first objection, respondents cite to *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. Feb. 6, 2026) (finding petitioners were subject to mandatory detention under § 1225(b)(2)(A)) and *Avila v. Bondi*, --- F.4th ---, No. 25-3248, 2026 WL 819258 (8th Cir. Mar. 25, 2026) (finding that petitioner was subject to detention under § 1225(b)(2)(A)). Doc. 6 at 1, 3. The Court finds the analysis in *Castañon-Nava v. U.S. Dep't of Homeland Sec.*, 161 F.4th 1048, 1060–62 (7th Cir. 2025) (concluding that government was not likely to prevail on the merits that petitioner was subject to mandatory detention under § 1225(b)(2)(A)), and in the dissents in *Buenrostro-Mendez* and *Avila*, more persuasive on the statutory interpretation issue.